UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WILLARD LECROY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LILIA LECROY, DECEASED, AND EDWARD LECROY<br><br>VS.<br><br><br>VOLUME TRANSPORTATION, INC. and MARIO SAUCEDO | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>CAUSE NO. 6:17-cv-00280<br>JURY TRIAL DEMANDED |

## <u>NOTICE OF FILING OF AFFIDAVITS OF MEDICAL EXPENSES</u>

Pursuant to the provisions of TEX. CIV. PRACT. & REM. CODE ANN. §18.001, Plaintiffs give all concerned parties in the above styled and numbered cause notice of filing with the Clerk of the Court in which this cause is pending the following Affidavits of Medical Expenses pertaining to Edward Lecroy.

| | Medical Provider | Incurred | Paid/Owing |
|---|---|---|---|
| 1. | Affidavit of Medical Expenses from ETMC EMS | $ 1,562.10 | $ 1,562.10 |
| 2. | Affidavit of Medical Expenses from East Texas Medical Center | $ 210,149.02 | $ 210,149.02 |
| 3. | Affidavit of Medical Expenses from First Physicians Trauma | $ 1,018.10 | $ 1,018.10 |
| 4. | Affidavit of Medical Expenses from Tyler Radiology Associates | $ 2,086.00 | $ 2,086.00 |
| 5. | Affidavit of Medical Expenses from ETMC CRNA Services | $ 2,090.00 | $ 2,090.00 |
| 6. | Affidavit of Medical Expenses from Pathology Associates of Tyler | $ 289.85 | $ 289.85 |

| | | | |
|---|---|---|---|
| 7. | Affidavit of Medical Expenses from US Anesthesia Partners | $ 5,236.00 | $ 5,236.00 |
| 8. | Affidavit of Medical Expenses from Azalea Orthopedics | $ 12,738.00 | $ 12,738.00 |
| 9. | Affidavit of Medical Expenses from Tyler Oral and Facial Surgery | $ 3,150.00 | $ 1,426.14 |
| 10. | Affidavit of Medical Expenses from Tyler Open MRI | $ 2,090.00 | $ 2,090.00 |
| 11. | | | |
| | TOTAL: | $ 240,409.07 | $ 238,685.21 |

These records may be used by said Plaintiff as evidence in the trial of this case.

Respectfully submitted,



MARTIN WALKER, P.C.

121 N. Spring Avenue
The Arcadia Theater
Tyler, Texas 75702
(903) 526-1600 Telephone
(903) 595-0796 Telefax

By:   __/s/ Marisa Schouten_____
Marisa M. Schouten
Bar I.D. No. 24039163
mschouten@martinwalkerlaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2018, all who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). I hereby certify that I have served all counsel of record electronically or by another manner by Federal Rule of Civil Procedure 5(b)(2).

_/s/ Marisa Schouten_____
MARISA M. SCHOUTEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT TEXAS
TYLER DIVISION

LECROY

V.                                                          . CAUSE NO. 6:17-cv-00280
                                                            JURY TRIAL DEMANDED

VOLUME TRANSPORTATION, INC., ET AL

### AFFIDAVIT CONCERNING COST & NECESSITY

STATE OF ~~TEXAS~~ North Carolina ,

COUNTY ~~SMITH~~ Forsyth ,

 

 

**BEFORE ME**, the undersigned authority, personally appeared Shontae´ Oliver who, being by me duly sworn, deposed as follows:

"My name is Shontae´ Oliver. I am the Custodian of Billing Records for _____ETMC_____, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the person in charge of billing records of __ETMC__ to this affidavit are records that provide an itemized statement of the service and the charge for the service that __ETMC__ provided to **Edward Lecroy from February 3, 2017, to present.** The attached records are a part of this affidavit.

"The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by an employee or representative of __ETMC__ who has personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the originals or exact duplicates of the originals.

"The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

"In recognition of Texas Civil Practice and Remedies Code §41.0105, the amount of medical expenses incurred is $ 1,562.10 .

The amount of medical expenses paid is $ 0.00 .

Patient responsibility for amounts outstanding after any adjustments, credits or write offs is $ 1,562.10 .



Custodian of Billing Records

 

**SWORN TO AND SUBSCRIBED BEFORE ME** by the said Shontae´ Oliver on this the 6 day of April , 2017, to certify which witness my hand and seal of office.

OFFICIAL SEAL
TIMOTHY R. MYERS
NOTARY PUBLIC  NORTH CAROLINA
COUNTY OF FORSYTH
My Commission Expires_____11-7-2018

NOTARY PUBLIC, STATE OF ~~TEXAS~~ NC

LECROY

V.                                                                                    CAUSE NO. 6:17-cv-00280
                                                                                      JURY TRIAL DEMANDED

VOLUME TRANSPORTATION, INC., ET AL.

## AFFIDAVIT CONCERNING COST & NECESSITY

**STATE OF TEXAS**

**COUNTY SMITH**

     **BEFORE ME,** the undersigned authority, personally appeared LaChasity Isaiah, who, being by me duly sworn, deposed as follows:

"My name is LaChasity Isaiah. I am the Custodian of Billing Records for East Texas Medical Center. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

     "I am the person in charge of billing records of East Texas Medical Center to this affidavit are records that provide an itemized statement of the service and the charge for the service that East Texas Medical Center provided to **Edward Lecroy from February 3, 2017, to present.** The attached records are a part of this affidavit.

     "The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by an employee or representative of East Texas Medical Center who has personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the originals or exact duplicates of the originals.

     "The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

     "In recognition of Texas Civil Practice and Remedies Code §41.0105, the amount of medical expenses incurred is $210,149.02.

The amount of medical expenses paid is $0.

Patient responsibility for amounts outstanding after any adjustments, credits or write offs is $ unknown at this time.

<br>

_____
Custodian of Billing Records


     **SWORN TO AND SUBSCRIBED BEFORE ME** by the said LaChasity Isaiah on this the 20th day of April, 2017, to certify which witness my hand and seal of office.

ALYSON BETHANY BAILEY
Notary Public, State of Texas
Comm. Expires 06-10-2020
Notary ID 130696433

_____
NOTARY PUBLIC, STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

WILLARD LECROY, INDIVIDUALLY §
AND ON BEHALF OF THE ESTATE OF §
LILIA LECROY, DECEASED, AND §
EDWARD LECROY §
§
VS. §          CAUSE NO. 6:17-cv-00280
§          JURY TRIAL DEMANDED
§
VOLUME TRANSPORTATION, INC. and §
MARIO SAUCEDO §

## AFFIDAVIT

STATE OF TEXAS          *
COUNTY OF _Smith_          *

BEFORE ME, the undersigned authority, personally appeared _Cindy Helm_,

who, being by me duly sworn, deposed as follows:

"My name is _Cindy Helm_. I am of sound mind and capable of making this

affidavit and personally acquainted with the facts herein stated.

"I am the custodian of billing records for _First Physicians Trauma_. Attached to this affidavit

are billing records kept by the office of _First Physicians Trauma_, pertaining to Edward

Lecroy, DOB December 10, 1996. These records provide an itemized statement of the services and

the charge for the services that _First Physicians Trauma_ provided to Edward Lecroy from

February 3, 2017, to present. The attached records are a part of this affidavit.

"The attached records are kept by _First Physicians Trauma_ in the regular course of

business, and it was the regular course of business of _First Physicians Trauma_ for an employee

or representative of _First Physicians Trauma_, with knowledge of the service provided, to

---

**AFFIDAVIT**                                                                 PAGE 1

make the bill, memorandum, or record or to transmit information thereof to be included in such bill, memorandum, or record. The bill, memorandum, or record was made in the regular course of business at or near the time of the act, event, or condition recorded or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the original.

"The services provided were necessary in connection with the treatment of this patient and the amount charged for such services was reasonable and customary for like or similar services rendered in the vicinity in which they occurred.

"The total amount paid for the services was $ 25.00/ , and the amount currently unpaid but which **FIRST PHYSICIANS TRAUMP** has a right to be paid after any adjustments or credits is $ 993.10/ ."

_____
Custodian of Billing Records

SUBSCRIBED AND SWORN TO BEFORE ME by the said _Cindy Heim_

on this the _12th_ day of _Sept._ , 2017.

_____
NOTARY PUBLIC

_Shirley R. Johnson_
PRINTED NAME OF NOTARY

SHIRLEY R JOHNSON
Notary ID # 1C694974
My Commission Expires
December 29, 2020

COMMISSION EXPIRES: _____

AFFIDAVIT                                                          PAGE 2

GEORGE V.

V.

VOLUME TRANSPORTATION, INC., ET AL

CAUSE NO. 6:17-cv-00280
JURY TRIAL DEMANDED

## AFFIDAVIT CONCERNING COST & NECESSITY

**STATE OF TEXAS**

**COUNTY SMITH**

BEFORE ME, the undersigned authority, personally appeared _Katie Jones_, who, being by me duly sworn, deposed as follows:

"My name is _Katie Jones_. I am the Custodian of Billing Records for _Tyler Radiology Associates_ am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the person in charge of billing records of _Tyler Radiology Associates_ this affidavit are records that provide an itemized statement of the service and the charge for the service that _Tyler Radiology Associates_ provided to **Edward Lecroy** **from February 3, 2017, to present.** The attached records are a part of this affidavit.

"The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by an employee or representative of _Tyler Radiology Associates_ who has personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the originals or exact duplicates of the originals.

"The service provided ~~was necessary~~ and the amount charged for the service was reasonable at the time and place that the service was provided.

"In recognition of Texas Civil Practice and Remedies Code §41.0105, the amount of medical expenses incurred is $ _2086.00_ .

The amount of medical expenses paid is $ _0_ .

Patient responsibility for amounts outstanding after any adjustments, credits or write offs is $ _2086.00_ .

_Katie Jones_
Custodian of Billing Records

SWORN TO AND SUBSCRIBED BEFORE ME by the said _Eileen Saucerman_ on this the _6_ day of _April_ , 2017, to certify which witness my hand and seal of office.

EILEEN R SAUCERMAN
Notary ID # 125470934
My Commission Expires
October 21, 2017

NOTARY PUBLIC, STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

LECROY

V.                                                                      CAUSE NO. 6:17-cv-00280
                                                                        JURY TRIAL DEMANDED
VOLUME TRANSPORTATION, INC., ET AL

## AFFIDAVIT CONCERNING COST & NECESSITY

**STATE OF TEXAS**

**COUNTY SMITH**

BEFORE ME, the undersigned authority, personally appeared _Sonya Oglesby,_ who, being by me duly sworn, deposed as follows:

"My name is _Sonya Oglesby_ I am the Custodian of Billing Records for _Abeo_ . I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the person in charge of billing records of _Abeo_ to this affidavit are records that provide an itemized statement of the service and the charge for the service that _ETMC CRNA Services_ provided to **Edward Lecroy from February 3, 2017, to present.** The attached records are a part of this affidavit.

"The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by an employee or representative of _Abeo_ who has personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the originals or exact duplicates of the originals.

"The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

"In recognition of Texas Civil Practice and Remedies Code §41.0105, the amount of medical expenses incurred is $ _2,090.00_ .

The amount of medical expenses paid is $ _0.00_ .

Patient responsibility for amounts outstanding after any adjustments, credits or write offs is $ _2,090.00_ .

_Sonya Oglesby_
Custodian of Billing Records

SWORN TO AND SUBSCRIBED BEFORE ME by the said _Sonya Oglesby_ on this the _5th_ day of _May_ , 2017, to certify which witness my hand and seal of office.

JEAN S. PETRAUSKAS
ID #12077557
My Commission Expires
November 07, 2020

_Jean S Petrauskas_
NOTARY PUBLIC, STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

LECROY

V.

VOLUME TRANSPORTATION, INC., ET AL

CAUSE NO. 6:17-cv-00280
JURY TRIAL DEMANDED

## TEXAS AFFIDAVIT

RE; _Edward Lecroy_

Before me, the undersigned authority, personally appeared, Nancy Day, who being by me duly sworn, deposed as follows:

1. My name is Nancy Day.
2. I am over eighteen (18) years of age and am of sound mind and capable of making this affidavit.
3. I am a custodian of records of PST Services, Inc.
4. PST Services, Inc. prepares medical billing statements on behalf of Pathology Associate of Tyler I am the person in charge of medical billing statements for Pathology Associate of Tyler
5. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Pathology Associate of Tyler provided to _Edward Lecroy_ on the following date . _2·3·2017_ to _4·24·2018_ The attached records are part of this affidavit.
   The attached records are kept by /me in the regular course of business.
   The information contained in the records was transmitted to me in the regular course of business by Pathology Associate of Tyler or employee or representative of who had personal knowledge of the information. Pathology Associate of Tyler
6. The records were made at or near the time or reasonably soon after the time that the service was provided.
7. According to the itemized statement of services, the dates of _2·3·2017_ to _4·24·2018_ and the total amount charged for these services was _289.85_ with payments received in the amount of $ _0.00_ and a balance owing of $ _289.85_ Adjusted: $ _0.00_ records are the original or an exact duplicate of the original.
8. Based on the information provided by Pathology Associate of Tyler the services described in the attached records were necessary and the amounts charged for the services were reasonable at the time and place that the services were provided.

[Signatures on next page.]

_Nancy Day_
Nancy Day

SWORN TO AND SUBSCRIBED before me on the ___11___ day of ___May___, 2018.

My Commission /expires ___9-29-18___

Notary Public, State of Texas

_Erica Gearner_
NOTARY'S PRINTED NAME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

LECROY

V.

VOLUME TRANSPORTATION, INC., ET AL.

CAUSE NO. 6:17-cv-00280
JURY TRIAL DEMANDED

## AFFIDAVIT CONCERNING COST & NECESSITY

**STATE OF TEXAS** '

'

**COUNTY SMITH** '

     **BEFORE ME,** the undersigned authority, personally appeared _Shantal Taulton_ who, being by me duly sworn, deposed as follows:

     "My name is _Shantal Taulton_  I am the Custodian of Billing Records for _US Anesthesia_ . I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

     "I am the person in charge of billing records of _US Anesthesia_ to this affidavit are records that provide an itemized statement of the service and the charge for the service that _US Anesthesia_ provided to **Edward Lecroy from February 3, 2017, to present.** The attached records are a part of this affidavit.

     "The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by an employee or representative of _US Anesthesia_ who has personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the originals or exact duplicates of the originals.

     "The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

     "In recognition of Texas Civil Practice and Remedies Code §41.0105, the amount of medical expenses incurred is $ _5236.00_ .

     The amount of medical expenses paid is $ _0.00_ .

     Patient responsibility for amounts outstanding after any adjustments, credits or write offs is $ _5236.00_ .



_____
Custodian of Billing Records

     **SWORN TO AND SUBSCRIBED BEFORE ME** by the said _SHANTAL TAULTON_ on this the _2_ day of _APRIL_ , 2017, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

MELODY R BARTON
Notary Public State of Texas
My Commission # 130527410
My Comm. Exp. February 4, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

LECROY

V.                                                              CAUSE NO. 6:17-cv-00280
                                                                JURY TRIAL DEMANDED

VOLUME TRANSPORTATION, INC., ET AL

## AFFIDAVIT CONCERNING COST & NECESSITY

**STATE OF TEXAS**

**COUNTY SMITH**

BEFORE ME, the undersigned authority, personally appeared __PHILLIP KLOTZ__, who, being by me duly sworn, deposed as follows:

"My name is __PHILLIP KLOTZ__. I am the Custodian of Billing Records for __AZALEA ORTHOPEDICS__. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the person in charge of billing records of __AZALEA ORTHOPEDICS__ to this affidavit are records that provide an itemized statement of the service and the charge for the service that __AZALEA ORTHOPEDICS__ provided to Edward Lecroy from February 3, 2017, to present. The attached records are a part of this affidavit.

"The attached records are kept by me in the regular course of business. The information contained in the records was transmitted to me in the regular course of business by an employee or representative of __AZALEA ORTHOPEDICS__ who has personal knowledge of the information. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the originals or exact duplicates of the originals.

"The service provided was necessary and the amount charged for the service was reasonable at the time and place that the service was provided.

"In recognition of Texas Civil Practice and Remedies Code §41.0105, the amount of medical expenses incurred is $__9288.00__.

The amount of medical expenses paid is $__0__.

Patient responsibility for amounts outstanding after any adjustments, credits or write offs is $__6501.60__.

_____
Custodian of Billing Records

SWORN TO AND SUBSCRIBED BEFORE ME by the said __PHILLIP KLOTZ__ on this the __19__ day of __APRIL__, 2017, to certify which witness my hand and seal of office.

> MEGAN BURDICK
> Notary Public, State of Texas
> Comm. Expires 07-01-2020
> Notary ID 129039495

_____
NOTARY PUBLIC, STATE OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WILLARD LECROY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LILIA LECROY, DECEASED, AND EDWARD LECROY | § § § § | |
| VS. | § § § § | CAUSE NO. 6:17-cv-00280 JURY TRIAL DEMANDED |
| VOLUME TRANSPORTATION, INC. and MARIO SAUCEDO | § § § | |

## AFFIDAVIT

STATE OF TEXAS           *
COUNTY OF _Smith_    *

    **BEFORE ME**, the undersigned authority, personally appeared _Brandy Harris,_

who, being by me duly sworn, deposed as follows:

    "My name is _Brandy Harris_. I am of sound mind and capable of making this

affidavit and personally acquainted with the facts herein stated.

    "I am the custodian of billing records for _Tyler Oral + Facial Surgery_. Attached to this affidavit

are billing records kept by the office of _Tyler Oral and Facial Surgery_, pertaining to Edward

Lecroy, DOB December 10, 1996. These records provide an itemized statement of the services and

the charge for the services that _Tyler Oral and Facial Surgery_ provided to Edward Lecroy from

February 3, 2017, to present. The attached records are a part of this affidavit.

    "The attached records are kept by _Tyler Oral and Facial Surgery_ in the regular course of

business, and it was the regular course of business of _Tyler Oral and Facial Surgery_ for an employee

or representative of _Tyler Oral and Facial Surgery_, with knowledge of the service provided, to

---

**AFFIDAVIT**                                **PAGE 1**

make the bill, memorandum, or record or to transmit information thereof to be included in such bill, memorandum, or record. The bill, memorandum, or record was made in the regular course of business at or near the time of the act, event, or condition recorded or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the original.

"The services provided were necessary in connection with the treatment of this patient and the amount charged for such services was reasonable and customary for like or similar services rendered in the vicinity in which they occurred.

"The total amount paid for the services was $ 1426.14 , and the amount currently unpaid but which  Tyler Oral and Facial Surgery  has a right to be paid after any adjustments or credits is $  Ø  ."



_____
Custodian of Billing Records

SUBSCRIBED AND SWORN TO BEFORE ME by the said _____
on this the  11  day of  September  , 2017.

_____
NOTARY PUBLIC

LAUREN M. GIBBS
MY COMMISSION EXPIRES
October 25, 2018

Lauren Gibbs
_____
PRINTED NAME OF NOTARY

COMMISSION EXPIRES:  10-25-18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WILLARD LECROY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LILIA LECROY, DECEASED, AND EDWARD LECROY | § § § § § | |
| VS. | § § § § | CAUSE NO. 6:17-cv-00280 JURY TRIAL DEMANDED |
| VOLUME TRANSPORTATION, INC. and MARIO SAUCEDO | § § § | |

## AFFIDAVIT

STATE OF TEXAS      *
COUNTY OF _Smith_      *

**BEFORE ME,** the undersigned authority, personally appeared _Sheri Cameron_ who, being by me duly sworn, deposed as follows:

"My name is _Sheri Cameron_ . I am of sound mind and capable of making this affidavit and personally acquainted with the facts herein stated.

"I am the custodian of billing records for _Tyler Open mri_ . Attached to this affidavit are billing records kept by the office of _Tyler Open mri_ , pertaining to Edward Lecroy, DOB December 10, 1996. These records provide an itemized statement of the services and the charge for the services that _Tyler Open mri_ provided to Edward Lecroy from February 3, 2017, to present. The attached records are a part of this affidavit.

"The attached records are kept by _Tyler Open mri_ in the regular course of business, and it was the regular course of business of _Tyler Open mri_ for an employee or representative of _Tyler Open mri_ , with knowledge of the service provided, to

---

**AFFIDAVIT**                                   **PAGE 1**

make the bill, memorandum, or record or to transmit information thereof to be included in such bill, memorandum, or record. The bill, memorandum, or record was made in the regular course of business at or near the time of the act, event, or condition recorded or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the original.

"The services provided were necessary in connection with the treatment of this patient and the amount charged for such services was reasonable and customary for like or similar services rendered in the vicinity in which they occurred.

"The total amount paid for the services was $ *0* , and the amount currently unpaid but which *Tyler Open mel* has a right to be paid after any adjustments or credits is $ *2,090.00* ."

_____
Custodian of Billing Records

SUBSCRIBED AND SWORN TO BEFORE ME by the said *Sheri Cameron*
on this the *23rd* day of *January* , 2017.

_____
NOTARY PUBLIC

_____
PRINTED NAME OF NOTARY

COMMISSION EXPIRES: *2-3-2018*



LINDA J TUCKER
My Commission Expires 02/03/2018

---

**AFFIDAVIT**             **PAGE 2**