UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WILLARD LECROY, INDIVIDUALLY § <br> AND ON BEHALF OF THE ESTATE OF § <br> LILIA LECROY, DECEASED, AND § <br> EDWARD LECROY § <br> § <br> VS. § <br> § <br> § <br> VOLUME TRANSPORTATION, INC. and § <br> MARIO SAUCEDO § | CAUSE NO. 6:17-cv-00280 <br> JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs WILLARD LECROY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LILIA LECCROY, DECEASED, and EDWARD LECROY, Intervenor JESSICA LECROY and Defendants VOLUME TRANSPORTATION, INC. and MARIO SAUCEDO, who make and file this stipulation of dismissal pursuant to Section 41(a)(1)(A)(ii), Fed. R. Civ. P.

1. Plaintiffs are WILLARD LECROY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LILIA LECCROY, DECEASED, and EDWARD LECROY; Intervenor is JESSICA LECROY; and Defendants are VOLUME TRANSPORTATION, INC. and MARIO SAUCEDO.

2. Plaintiff moves to dismiss the suit including all claims brought by all parties.

3. Intervenor and Defendants, who have answered, agree to the dismissal.

4. This case is not a class action.

5. A Receiver has not been appointed in this case.

6. There is a counter-claim by defendants against intervenor; there are no cross-claims.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case. An Order is attached for the Court's convenience.

8. No party has previously dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling, and that all costs be taxed against the party incurring same.

Respectfully submitted,

**MARTIN WALKER**, P.C.

121 N. Spring Avenue
The Arcadia Theater
Tyler, Texas 75702
(903) 526-1600 Telephone
(903) 595-0796 Telefax
mschouten@martinwalkerlaw.com


BY:    /s/ Marisa M. Schouten
       MARISA M. SCHOUTEN
       Bar I.D. No. 24039163

ATTORNEYS FOR PLAINTIFFS

      /s/ *DARREN GRANT*
**DARREN GRANT** Lead counsel
State Bar No. 24012723
**MATTHEW B. FLANERY**
State Bar No. 24012632
**GRANT & FLANERY, P.C.**
216 W. Erwin, Suite 200
Tyler, Texas 75702
(903) 596-8080 (Telephone)
(903) 596-8086 (Facsimile)
Darren@GFTexas.com

**ATTORNEYS FOR INTERVENOR JESSICA LECROY**

**KERSHAW ANDERSON, P.C.**


By:    */s/ H. Peyton Inge, IV*
      **JEFFERY M. KERSHAW**
      State Bar No. 11355020
      jkershaw@katxlaw.com
      **H. PEYTON INGE, IV**
      State Bar No. 24053279
      pinge@katxlaw.com

12400 Coit Rd., Suite 570
Dallas, Texas 75251
(214) 347-4993 – Telephone
(214) 615-7361 – Facsimile

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 1, 2018, all who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  I hereby certify that I have served all counsel of record electronically or by another manner by Federal Rule of Civil Procedure 5(b)(2).


                                                      /s/ Marisa Schouten