UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WILLARD LECROY, INDIVIDUALLY §<br>AND ON BEHALF OF THE ESTATE OF §<br>LILIA LECROY, DECEASED, AND §<br>EDWARD LECROY §<br>§<br>VS. §<br>§<br>§<br>VOLUME TRANSPORTATION, INC. and §<br>MARIO SAUCEDO § | CAUSE NO. 6:17-cv-00280<br>JURY TRIAL DEMANDED |

## DISMISSAL AND FINAL JUDGMENT

ON THIS DAY CAME ON TO BE HEARD Plaintiffs WILLARD LECROY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LILIA LECCROY, DECEASED, and EDWARD LECROY, Intervenor JESSICA LECROY and Defendants VOLUME TRANSPORTATION, INC. and MARIO SAUCEDO, who appeared by and through their respective attorneys of record and announced to this Court that all claims and causes of action have been fully and finally compromised and settled; the parties stipulated to the dismissal of all parties' claims and lawsuits; and requested that a judgment be entered that Plaintiffs and Intervenor take nothing against Defendants and that Defendants take nothing against Intervenor.

It is therefore ORDERED, ADJUDGED and DECREED that the above styled case and all claims by any party over and against any party be and are hereby dismissed with prejudice.

All costs of Court associated with such claims are to be taxed against the party incurring same.

Any relief not herein specifically granted is hereby DENIED.

So ORDERED and SIGNED this 6th day of August, 2018.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE